UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON CAMACHO, and on behalf of all other
persons similarly situated,

                        Plaintiffs,    :    No. 1:18-cv-10581-VSB

                    -against-

COLUMBIA COLLEGE CHICAGO,

                        Defendant.
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or his own legal fees and costs.

Dated: 2/13/19

GOTTLIEB & ASSOCIATES
By: _____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 879-0240
*Attorneys for Plaintiffs*

PADUANO & WEINTRAUB, LLP
By: _____
Katherine B. Harrison
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100
*Attorneys for Defendant*

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK  2/25/2019
UNITED STATES DISTRICT JUDGE